```
STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant Jasmine Mitchell
```

FILED
AUG 26 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JASMINE MITCHELL,<br><br>            Defendant. | No. CR 14-00246 EMC<br><br>STIPULATION TO CONTINUE SENTENCING HEARING FROM SEPTEMBER 17, 2014, TO OCTOBER 15, 2014; [PROPOSED] ORDER |

    Defendant, Jasmine Mitchell, by and through his counsel of record, Assistant Federal Public Defender Brandon M. LeBlanc, respectfully requests that the expedited Sentencing Hearing currently scheduled for September 17, 2014, at 2:30 p.m., before this Court be continued to **October 15, 2014, at 2:30 p.m.,** in order to afford the United States Probation Officer (USPO) sufficient time to complete the presentence report preparation process.  As the Court may recall, Ms. Mitchell, through her counsel, requested an expedited sentencing with the understanding that if the USPO could not accommodate the schedule, then counsel would alert the Court and seek a continuance.  This stipulation encompasses that contemplated continuance.

    Assistant United States Attorney Kyle Waldinger has been contacted regarding this request and he has no objection to continuing the Sentencing Hearing or to the proposed new date.

//

Stip. to Cont. Sentencing; [Prop.] Order – *U.S. v. Mitchell*,
CR 14-00246 EMC

1

Respectfully submitted,

Dated: August 25, 2014

/s/
BRANDON M. LeBLANC
Assistant Federal Public Defender

IT IS SO STIPULATED.

Dated: August 25, 2014

/s/
KYLE WALDINGER
Assistant United States Attorney

## [PROPOSED] ORDER

Upon the stipulation of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing presently scheduled for September 17, 2014, at 2:30 p.m., shall be continued to **October 15, 2014, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: 8/26/2014

EDWARD M. CHEN
United States District Judge

Stip. to Cont. Sentencing; [Prop.] Order – *U.S. v. Mitchell*,
CR 14-00246 EMC